UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KATHLEEN SHANLEY, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-12247-GAO |
| DANIEL CADLE, et al. | ) | |
| Defendants. | ) | |
| SHEILA MARTEL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 08-10388-GAO |
| DANIEL CADLE, et al., | ) | |
| Defendants. | ) | |
| MARILYNN PILAS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 09-11972-GAO |
| THE CADLE COMPANY and CADLEROCK II JOINT VENTURE LP, | ) | |
| Defendants. | ) | |

ORDER ESTABLISHING STATUS CONFERENCE

October 14, 2010

1

SOROKIN, M.J.

The Court will hold a status conference in the above captioned cases on October 29, 2010 at 3:00 p.m. in Courtroom #24. The parties shall submit to the Court a status report and proposed schedule for the captioned cases. The parties may provide the Court joint or separate submissions. The parties shall address their respective positions regarding the settlement agreement. The submissions are due on October 25, 2010.

The Court reminds the parties that, regarding the <u>Shanley</u> and <u>Martel</u> matters, all parties took the position that the settlement in state court, if upheld by the Massachusetts Appeals Court, would resolve both of these matters with the exception of the claims of the putative class members. See Docket # 73 in 07cv12247.

In addition, the Court ALLOWS the Assented To Motion for Extension of Time (Docket #82.)

                                               /s/ Leo T. Sorokin
                                               Leo T. Sorokin
                                               United States Magistrate Judge